IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KENNETH EDWARD HAYDEN,

                Plaintiff(s),

      v.

CASCADE AIDS PROJECT,

                Defendant(s).

Civil No. 3:25-cv-01076-JR

**ORDER TO SHOW CAUSE**

It was ordered that a pretrial order in this case be lodged no later than 11/21/2025. No pretrial order has been lodged. Pursuant to Local Rule 41-2, IT IS ORDERED that the plaintiff appear in writing within 21 days from the date of this order, to show cause why this case should not be dismissed for want of prosecution.

Dated this 25th day of November, 2025.

by    /s/ Jolie A. Russo
       Jolie A. Russo
       United States Magistrate Judge