IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KENNETH EDWARD HAYDEN,

          Plaintiff(s),

v.

CASCADE AIDS PROJECT,

          Defendant(s).

Civil No. 3:25-cv-01076-JR

**ORDER OF DISMISAL**

It was ordered that a pretrial order in this case be lodged not later than 11/21/2025. No pretrial order has been lodged. It was ordered that Plaintiff report to the court in writing to show cause why this case should not be dismissed for want of prosecution. Plaintiff did not file a response. It is therefore ORDERED that this case be DISMISSED. Pending motions, if any, are DENIED AS MOOT.

Dated this __31st__ day of December, 2025.

by _____
      Adrienne Nelson
      United States District Judge